1 | ROBERT J. PARKS (SBN 103014)
robert.parks@bipc.com
2 | MANDY D. HEXOM (SBN 216390)
mandy.hexom@bipc.com
3 | ROBERT K. EDMUNDS (SBN 89477)
robert.edmunds@bipc.com
4 | BUCHANAN INGERSOLL & ROONEY, LLP
600 West Broadway, Suite 1100
San Diego, CA 92101
Tel:   619.239.8700
Fax:   619.702.3898

Attorneys for Defendant,
CUMBERLAND PACKING CORP.

M. D. SCULLY (SBN 135853)
mscully@gordonrees.com
ALLISON F. BORTS (SBN 197895)
aborts@gordonrees.com
GORDON & REES, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
Tel:   619.696.6700
Fax:   619.696.7124

Attorneys for Defendant,
CUMBERLAND PACKING CORP.

STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
JAMES R. MOLEN (SBN 260269)
JMolen@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Tel:   310.553.3610
Fax:   310.553.0687

Attorneys for Defendant,
SUGAR FOODS CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALEE ROONEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CUMBERLAND PACKING CORP., a New York corporation; SUGAR FOODS CORPORATION, a New York corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 12cv0033 (H-POR)<br><br>*Assigned To:  Hon. Marilyn L. Huff*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>[Filed Concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; and Proposed Order]<br><br>Judge:         Hon. Marilyn L. Huff<br>Date:          April 16, 2012<br>Time:          10:30 a.m.<br>Crt. Rm:       13<br>Action Filed:  January 4, 2012<br>Trial Date:    None |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED
COMPLAINT                                                                                   Case No. 12cv0033

1     Pursuant to Federal Rule of Evidence 201(b), defendants Cumberland Packing Corp. and
2 Sugar Foods Corporation (collectively "Defendants") hereby requests that the Court take judicial
3 notice of the following:
4     1.     A true and correct copy of the Memorandum of Points and Authorities filed on
5 February 13, 2012 in Support of Defendants' Motion to Dismiss Plaintiff's Complaint filed January
6 4, 2012 pursuant to FRCP 12(b)(6) is attached hereto as **Exhibit "A."**
7     2.     The high-resolution copy of the packaging of the product allegedly purchased by
8 Plaintiff (the "product box") is attached hereto as **Exhibit "B."** Exhibit B portrays the images and
9 words on the product box more clearly and accurately than the black-and-white photocopy attached
10 as Exhibit "1" to Plaintiff's Amended Complaint (*See* Amend. Compl., ¶ 12, Exh. 1). As such,
11 judicial notice is proper. *See McKinniss v. General Mills, Inc.*, No. CV 07-2521 GAF (FMOx),
12 2007 WL 4762172, at *3 (C.D. Cal. Sept. 18, 2007).
13     3.     The following dictionary definition of "raw sugar" contained in The Oxford Pocket
14 Dictionary of Current English (2009):
15         "raw sugar: the residue left after sugarcane has been processed to
16         remove the molasses and refine the sugar crystals. The flavor is similar
17         to that of brown sugar."
18     A true and correct copy of the above definition, as retrieved on January 30, 2012 from
19 Encyclopedia.com, is attached hereto as **Exhibit "C."**
20     4.     The following dictionary definition of "unrefined" contained in Collins English
21 Dictionary - Complete and Unabridged (2003):
22         "unrefined: (of substances such as petroleum, ores, and sugar) not
23         processed into a pure or usable form."
24     A true and correct copy of the above definition, as retrieved on January 30, 2012 from
25 thefreedictionary.com, is attached hereto as **Exhibit "D."**
26     5.     The following dictionary definition of "turbinado (sugar)" contained in Webster's
27 New World College Dictionary (2010):
28         "turbinado (sugar): a partially refined, granulated, pale-brown sugar

- 1 -

| 1 | obtained by washing raw sugar in a centrifuge until most of the |
| --- | --- |
| 2 | molasses is removed." |

3   A true and correct copy of that portion of the aforesaid dictionary containing this definition
4   is attached hereto as **Exhibit "E."**

5   6.   The following description of "raw sugar" contained in Dictionary.com's 21st
6   Century Lexicon (2012):

> "raw sugar: a type of light brown coarse sugar containing the natural molasses pigment in sugar cane."
>
> "Types of raw sugar include demerara, muscovado, and turbinado."

A true and correct copy of that portion of the aforesaid dictionary containing this definition is attached hereto as **Exhibit "F."**

7.   The fact that it is generally known among consumers that turbinado sugar is a type of raw sugar.

Attached hereto as **Exhibit "G"** are true and correct copies of the packaging from five different products currently available in the marketplace which use the phrase "Turbinado Raw Sugar," or some variation thereof, in the product's name. As demonstrated by Exhibit "G", it is generally known among consumers that turbinado sugar is a type of raw sugar. Judicial notice of this fact is proper. *Dippin' Dots, Inc. v. Frosty Bites Distribution, LLC*, 369 F.3d 1197, 1205 (11th Cir. 2004) (fact that color is indicative of flavor in ice cream "is generally known among consumers" and, therefore, a proper subject of judicial notice).

Dated: March 19, 2012                        BUCHANAN INGERSOLL & ROONEY LLP

By: **s/ Robert J. Parks**
    Attorneys for Defendant,
    CUMBERLAND PACKING CORP.
    E-mail: robert.parks@bipc.com

Dated: March 19, 2012                        GORDON & REES LLP

By: **s/ M.D. Scully**
    Attorneys for Defendant,
    CUMBERLAND PACKING CORP.
    E-mail: mscully@gordonrees.com

| | |
|---|---|
| Dated: March 19, 2012 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP |
| | By: **s/ James R. Molen** |
| | Attorneys for Defendant, SUGAR FOODS CORPORATION |
| | E-mail: JMolen@GreenbergGlusker.com |